UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, | § | |
| Individually and as Next Friends of | § | |
| JOHN DOE I, a Minor, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-00524-G |
| | § | |
| KANAKUK MINISTRIES (a/k/a | § | HONORABLE U.S. DISTRICT |
| and/or d/b/a, KANAKUK KAMP, | § | JUDGE A. JOE FISH |
| KANAKUK KAMPS, KANAKUK, | § | |
| KANAKUK-KANAKOMO KAMPS, | § | |
| CHRISTIAN CHILDREN'S | § | |
| CHARITY, KANAKUK ALUMNI | § | |
| FOUNDATION), KANAKUK | § | |
| HERITAGE, INC. (a/k/a and/or d/b/a | § | |
| KANAKUK MISSOURI, INC., | § | |
| KANAKUK KAMPS, INC., | § | |
| KANAKUK KAMPS, K-KAMPS, | § | |
| INC., KANAKUK-KANAKOMO | § | |
| KAMP, KANAKUK-KANAKOMO | § | |
| KAMPS, KANAKUK-KANAKOMO | § | |
| KAMPS, INC.), JOE T. WHITE, and | § | |
| PETER "PETE" D. NEWMAN, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON PLAINTIFFS' MOTION FOR
INJUNCTION AND/OR RESTRAINING ORDER**

After considering Plaintiffs' Motion for Injunction and/or Restraining Order,

and any arguments of counsel, the Court GRANTS the Motion.

In order to avoid irreparable injury as set forth in the Plaintiffs' Motion and

ORDER ON PLAINTIFFS' MOTION FOR INJUNCTION AND/OR RESTRAINING ORDER - Page 1 OF 3

Doe - Order on Motion for Injunction - fj07111125.wpd

supporting affidavits this Court makes the following Orders:

1.   Defendant Joe T. White will have no further contact of any form with the Plaintiffs while this case is pending.  Any contact with the Plaintiffs on this Defendant's behalf will be made through this Defendant's counsel to Plaintiffs' counsel.

2.   Defendant Joe T. White will not encourage or request that any other person, including Joe T. White's family members contact, correspond, send packages, make phone calls or otherwise contact the Plaintiffs while this case is pending.

3.   Defendant Kanakuk Ministries (a/k/a and/or d/b/a Kanakuk Kamp, Kanakuk Kamps, Kanakuk, Kanakuk-Kanakomo Kamps, Christian Children's Charity, Kanakuk Alumni Foundation) through its agents, employees, servants or representatives will have no further contact with the Plaintiffs while this case is pending.  Any contact with Plaintiffs on this Defendant's behalf will be made through this Defendant's counsel to Plaintiffs' counsel.

4.   Defendant Kanakuk Ministries will not request or encourage any other person or entity to contact the Plaintiffs by phone, correspondence, email, or delivery of packages to the Plaintiffs.

5.   Defendant Kanakuk Heritage, Inc. (a/k/a and/or d/b/a Kanakuk Missouri,

ORDER ON PLAINTIFFS' MOTION FOR INJUNCTION AND/OR RESTRAINING ORDER - Page 2 OF 3

Doe - Order on Motion for Injunction - fj07111125.wpd

Inc., Kanakuk Kamps, Inc., Kanakuk Kamps, K-Kamps, Inc., Kanakuk-Kanakomo Kamp, Kanakuk-Kanakomo Kamps, Kanakuk-Kanakomo Kamps, Inc.) through its employees, agents, servants and/or representatives will have no further contact with the Plaintiffs while this case is pending.  Any contact with the Plaintiffs on this Defendant's behalf will be made through this Defendant's counsel to Plaintiffs' counsel.

6.     Defendant Kanakuk Heritage, Inc., will not request or encourage any person or entity to contact the Plaintiffs by phone, mail, email, or package while this case is pending.

7.     The Court enters this preliminary injunction as of the date of this Order to remain in place until no federal court retains jurisdiction over this matter.


So ORDERED , this _____ day of _____, 2011.


_____
U.S. DISTRICT JUDGE