UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as Next Friends of JOHN DOE I, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> KANAKUK MINISTRIES (a/k/a and/or d/b/a, KANAKUK KAMP, KANAKUK KAMPS, KANAKUK, KANAKUK-KANAKOMO KAMPS, CHRISTIAN CHILDREN'S CHARITY, KANAKUK ALUMNI FOUNDATION), KANAKUK HERITAGE, INC. (a/k/a and/or d/b/a KANAKUK MISSOURI, INC., KANAKUK KAMPS, INC., KANAKUK KAMPS, K-KAMPS, INC., KANAKUK-KANAKOMO KAMP, KANAKUK-KANAKOMO KAMPS, KANAKUK-KANAKOMO KAMPS, INC.), JOE T. WHITE, and PETER "PETE" D. NEWMAN, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:11-cv-00524-G <br><br> HONORABLE U.S. DISTRICT JUDGE A. JOE FISH |

**ORDER**
**ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PERSONS**
**HAVING KNOWLEDGE OF RELEVANT FACTS OR**
**DISCOVERABLE INFORMATION, AND DISCOVERABLE ITEMS**

ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PERSONS HAVING
KNOWLEDGE OF RELEVANT FACTS AND OTHER DISCOVERABLE INFORMATION,
AND DISCOVERABLE ITEMS - Page 1 of 2

Doe - Order Re Mtn to Compel - fj08071209.wpd

After considering Plaintiffs' Motion to Compel Production of Persons Having Knowledge of Relevant Facts or Discoverable Information, and Discoverable Items, the Court is of the opinion that said Motion should, in all things, be GRANTED.

IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants Kanakuk and Joe White be compelled to disclose the names of victims or potential victims of Peter Newman, as well as any other person likely to have discoverable information, in unredacted form, and to remove or withdraw the frivolous and invalid objections by these Defendants and provide written answers and responsive items to the Plaintiffs' written discovery (served on Defendants to date) within ten (10) days of this Order's date.

SIGNED on this _____ day of _____, 2012.


_____
U.S. DISTRICT JUDGE


ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PERSONS HAVING KNOWLEDGE OF RELEVANT FACTS AND OTHER DISCOVERABLE INFORMATION, AND DISCOVERABLE ITEMS - Page 2 of 2

Doe - Order Re Mtn to Compel - fj08071209.wpd