**BERRY**

THE BERRY FIRM P.L.L.C.

Direct Dial Number
214.915.9808

E-mail Address
junek@berryfirm.com

January 15, 2013

**_Via E-File_**
Clerk of the Court
Northern District of Texas
Dallas Division
1100 Commerce St., Rm. 1452
Dallas Texas 75202

> Re:    **_John Doe, et al v. Kanakuk Ministries_**
>           **Case No.: 3:11-CV-00524-G**
>           **Our File No: 00500.101**

Dear Clerk:

Enclosed for filing are Kanakuk Defendants, Joe T. White and James Ted Priest's Motion to Quash Subpoena Served on Attorney James Ted Priest, Esq. and Kanakuk Defendants, Joe T. White and James Ted Priest's Brief in Support of Their Motion to Quash Subpoena Served on Attorney James Ted Priest, Esq.   Thank you for your assistance in this matter.

Sincerely,

Deborah B. Junek

DBJ/alm
Enclosure(s)
L:\00500\101 DOE\CORR\CLERK'03DBJ(M'QUASH PRIEST SUBPOENA & BRIEF).DOCX

cc w/enclosure(s):

**_Via First Class Mail (w/Notice of Electronic Filing):_**
Hon. A. Joe Fish
Senior District Judge
U.S. District Court
Northern District of Texas
Dallas Division
1100 Commerce St., Rm. 1404

DALLAS: Adolphus Tower  |  1412 Main Street  |  Suite 2300  |  Dallas, TX 75202  |  Main: 214.915.9800  |  Fax: 214.752.8050
HOUSTON: 1200 Smith Street  |  Suite 1600  |  Houston, TX 77042  |  Main: 713.353.4716  |  Fax: 713.353.4601  |  By Appointment Only
OKLAHOMA CITY: 224 E. Main Street  |  Oklahoma City, OK 73104  |  Main: 405.418.2083  |  Fax: 405.604.0392
WWW.BERRYFIRM.COM



THE BERRY FIRM P.L.L.C.

Clerk of Court
Northern District of Texas-Dallas Division
January 15, 2013
Page 2

Dallas, TX 75242

### *Via E-File Service*
Linda Turley
Steven S. Schulte
TURLEY LAW FIRM
6440 North Central Expressway
10000 Turley Law Center
Dallas, Texas 75206

### *Via E-File Service*
P. Randall Crump
Anthony R. Martinez
Shook, Hardy & Bacon
JP Morgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002

### *Via CMRRR – 7006 2760 0002 8259 3728*
Peter D. Newman
JCCC SA-110
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101

### *Via Facsimile 214.363.7760*
MWA Reporters
6440 North Central Expressway
Suite 410
Dallas, Texas 75206

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOHN DOE and JANE DOE, Individually §
and as Next Friends of John Doe I, a §
Minor §
§
§
Plaintiffs, §
§
vs. § Case No: 3:11-CV-00524-G
§
KANAKUK MINISTRIES, §
KANAKUK HERITAGE, INC., §
JOE T. WHITE, and §
PETER "PETE" D. NEWMAN, §
§
Defendants. §

## KANAKUK DEFENDANTS, JOE T. WHITE AND JAMES TED PRIEST'S MOTION TO QUASH SUBPOENA SERVED ON ATTORNEY JAMES TED PRIEST, ESQ.

Defendants Kanakuk Heritage, Inc., Kanakuk Ministries, Joe T. White ("Kanakuk Defendants") and James Ted Priest, pursuant to Federal Rule of Civil Procedure 45, move this Court for an order quashing the subpoena to produce documents and attend deposition served on attorney James Ted Priest, Esq. ("Attorney Priest") by Plaintiffs.

On January 3, 2013, the Kanakuk Defendants received notice of Plaintiffs' intent to serve a subpoena *duces tecum* pursuant to Rule 45 on Attorney Priest for the production of certain documents and a deposition on written questions. Plaintiffs issued and served the subpoena from the United States District Court for the Northern District of Texas requesting that Attorney Priest appear for deposition and produce documents at 1503 E. 19th St., Edmond, Oklahoma. The subpoena issued and served on Attorney Priest is defective and unenforceable because it fails to meet the requirements of a valid subpoena set forth in Rule 45. First off, Plaintiff's subpoena is deficient in its form and

content as it fails to properly "set out the text of Rule 45(c) and (d)" on the face of the subpoena. FED. R. CIV. P. 45(a)(1)(A)(iv). Additionally, Plaintiffs were required to issue the subpoena from "the court for the district where the deposition is to be taken" because the subpoena for inspection and/or production is not separate from the subpoena commanding the attendance of Attorney Priest at a deposition. *See* FED. R. CIV. P. 45(a)(2)(B) & (C). Accordingly, Plaintiffs' subpoena to Attorney Priest is procedurally defective and must be quashed.

Even assuming the subpoena is proper, which it is not, the subpoena is objectionable and should be quashed for two additional reasons:

1.     Plaintiffs' requests are overbroad and unlimited in time, geographic area and scope. It simply asks for any and all records pertaining to "Peter Daniel Newman."

2.     Compliance with the subpoena would require Attorney Priest to produce documents protected by the attorney-client and work product privileges. *See* Exh. A, Declaration of James Priest.

For these reasons and those discussed more fully in the supporting brief, the Kanakuk Defendants and Attorney Priest respectfully object and request that this Court quash the subpoena issued by Plaintiffs to Attorney Priest.

Respectfully submitted,

THE BERRY FIRM, P.L.L.C

By:   /s/ Deborah B. Junek
      DEBORAH B. JUNEK
      State Bar No. 02946800
      Adolphus Tower
      1412 Main Street, Suite 2300
      Dallas, Texas  75202
      214.915.9800 - telephone
      214.752.8250 - fax
      Email:  Junek@berryfirm.com

and

SHOOK, HARDY & BACON L.L.P.

By:   /s/ P. Randall Crump
      P. Randall Crump
      State Bar No. 05186020
      JPMorgan Chase Tower
      600 Travis Street, Suite 3400
      Houston, Texas  77002-2926
      Telephone:  (713) 227-8008
      Facsimile:   (713) 227-9508
      Email:  pcrump@shb.com

**ATTORNEYS FOR DEFENDANTS
KANAKUK MINISTRIES,  KANAKUK
HERITAGE, INC. AND JOE T. WHITE**

and

RUBENSTEIN & PITTS

By:   /s/ James T. Priest
      James T. Priest *(appearing specially
      without waiver of jurisdiction)*
      OK State Bar No. 007310
      1503 E. 19th Street
      Edmond, OK 73013
      Telephone:  (405) 340-1900
      Facsimile:   (405) 340-1001

## CERTIFICATE OF CONFERENCE

Deborah Junek conferred with the Linda Turley on January 15, 2013 regarding the Merits of the Motion to Quash Subpoena Served on Attorney James Ted Priest, Esq. and Brief in Support of same.   No agreement was reached as Ms. Turley is opposed.

/s/ Deborah B. Junek
Deborah B. Junek

## CERTIFICATE OF SERVICE

On the 15th day of January, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

**Via E-Service**
Linda Turley
Steven S. Schulte
TURLEY LAW FIRM
6440 North Central Expressway
10000 Turley Law Center
Dallas, Texas 75206
lindat@wturley.com; davettes@wturley.com
stevens@wturley.com

**Via CMRRR**
Peter D. Newman
JCCC SA-110
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101
Pro Se

**Via E-Service**
P. Randall Crump
Anthony R. Martinez
JP Morgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002
prcrump@shb.com; amartinez@shb.com

/s/ Deborah B. Junek
Deborah B. Junek