UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, | § | |
| Individually and as Next Friends of | § | |
| JOHN DOE I, a Minor, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-524 |
| | § | |
| KANAKUK MINISTRIES (a/k/a | § | JURY TRIAL |
| and/or d/b/a, KANAKUK KAMP, | § | |
| KANAKUK KAMPS, KANAKUK, | § | |
| KANAKUK-KANAKOMO KAMPS, | § | |
| CHRISTIAN CHILDREN'S | § | |
| CHARITY, KANAKUK ALUMNI | § | |
| FOUNDATION), KANAKUK | § | |
| HERITAGE, INC. (a/k/a and/or d/b/a | § | |
| KANAKUK MISSOURI, INC., | § | |
| KANAKUK KAMPS, INC., | § | |
| KANAKUK KAMPS, K-KAMPS, | § | |
| INC., KANAKUK-KANAKOMO | § | |
| KAMP, KANAKUK-KANAKOMO | § | |
| KAMPS, KANAKUK-KANAKOMO | § | |
| KAMPS, INC.), JOE T. WHITE, and | § | |
| PETER "PETE" D. NEWMAN, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THEIR
SECOND AMENDED COMPLAINT AND BRIEF IN SUPPORT**

TO THE HONORABLE U.S. DISTRICT COURT:

Plaintiffs John Doe, Jane Doe and John Doe I and submit this their

Motion for Leave to File Their Second Amended Complaint and would show the

court that their Motion should be granted for the following reasons:

I.

Pursuant to Federal Rule of Civil Procedure 15(a)(2) John Doe, Jane Doe and John Doe I wish to Amend their Second Amended Complaint. The reason for the amendment is to identify themselves by their real names as the plaintiffs in this case.  John Doe I has reached the age of majority and wants this case to proceed under his real name.  Since their son has reached majority and wants to proceed under his real name his parents John Doe and Jane Doe also want to proceed under their real names in order to support their son.

II.

Plaintiffs have not changed any of their claims or damages sought in the Second Amended Complaint attached as **Exhibit 1** to this Motion.  **Exhibit 1** makes a name change through out to reflect each of the plaintiffs' real names rather than John Doe, Jane Doe and John Doe I.  **Exhibit 1** also reflects that John Doe and Jane Doe are file individually rather than as next friend,  and the description of John Doe I as a minor is removed.

III.

Defendants agree to the motion for leave to amend.  This is reflected in Defendants counsel's email attached as **Exhibit 2**.

IV.

Rule 15(a)(2) states that, "The court should freely give leave when justice so

requires." Since John Doe I has reached the age of majority by law he has the right to file lawsuits without his parents.  He should be able to determine how his name appears in this case.  It is his desire that this change by made, and it is his parents desire to support their son in this decision by proceeding under their real names.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request that the court grant their Motion for Leave to Amend, file the attached Exhibit 1, Plaintiffs' Second Amended Complaint, and for such further relief to which the Plaintiffs may be entitled.

Respectfully submitted,

TURLEY LAW FIRM

  /s/ Linda Turley
Linda Turley
State Bar No. 20303800
Steven S. Schulte
State Bar No. 24051306
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214-691-4025
Telecopier No. 214-361-5802
lindat@wturley.com, stevens@wturley.com, davette@wturley.com, LegalFiling@wturley.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I have conferred with defense counsel, Deb Junek, and Defendants do not oppose this motion.

/s/ Linda Turley
Linda Turley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served upon all counsel listed below by the Court's CM/ECF filing system on this 19th day of April, 2013.

| | |
|---|---|
| Ms. Deborah B. Junek | __ Hand Delivery |
| Mr. John Petereit | __ Certified Mail, Return Receipt Requested: |
| The Berry Firm, P.L.L.C. | __ Receipted Commercial Delivery |
| 1412 Main Street, Suite 2300 | __ Regular U.S. Mail |
| Dallas, TX 75202 | **x  Email / ECF** |
| Fax:   214-752-8250 | Facsimile |
| | |
| Peter Newman | __ Hand Delivery |
| DOC #1206755, Cell 5A-110 | Certified Mail, Return Receipt Requested: |
| Jefferson City Correctional Ctr | __ Receipted Commercial Delivery |
| 8200 No More Victims Road | **x  Regular U.S. Mail** |
| Jefferson City, MO 65101 | Email |
| | Facsimile |

/s/ Linda Turley
Linda Turley