## Linda Turley - RE: Doe v. Kanakuk certificate of conference

| | |
|---|---|
| **From:** | Deborah Junek <Junek@berryfirm.com> |
| **To:** | Linda Turley <lindat@wturley.com> |
| **Date:** | 4/19/2013 1:37 PM |
| **Subject:** | RE: Doe v. Kanakuk certificate of conference |
| **CC:** | "davette@wturley.com" <davette@wturley.com>, Steven Schulte <stevens@wtu... |

No objection with the understanding that the only amendment is the change of name of the plaintiffs. So the only causes of actions are those alleged in your last pleading and this amendment will have NO AFFECT on the summary judgment. Did you need anything else from your phone message.

Deb



**THE BERRY FIRM P.L.L.C.**

DEBORAH B. JUNEK | PARTNER
1412 MAIN STREET | SUITE 2300 | DALLAS, TX 75202 | 214.915.9808 | 214.752.8250 *fax*
224 E. MAIN STREET | OKLAHOMA CITY, OK 73104 | 405.418.2083 | 405.604.0392 *fax*
1200 SMITH STREET | SUITE 1600 | HOUSTON, TX 77042 | 713.353.4716 | 713.353.4601 *fax*
425 WEST CAPITOL AVENUE | SUITE 1520 | LITTLE ROCK, AR 72201 *by appointment only

email: junek@berryfirm.com | www.berryfirm.com

**From:** Linda Turley [mailto:lindat@wturley.com]
**Sent:** Friday, April 19, 2013 8:36 AM
**To:** Deborah Junek
**Cc:** davette@wturley.com; Steven Schulte
**Subject:** Doe v. Kanakuk certificate of conference

Deb,

My clients wish to amend their complaint so they are identified by name rather than as Does. No other changes will be made to the complaint.

Please let me know whether or not you are opposed to the motion.

Thanks,
Linda

EXH
2