IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as Next Friends of JOHN DOE I, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> KANAKUK MINISTRIES (a/k/a and/or d/b/a, KANAKUK KAMP, KANAKUK KAMPS, KANAKUK, KANAKUK-KANAKOMO KAMPS, CHRISTIAN CHILDREN'S CHARITY, KANAKUK ALUMNI FOUNDATION), KANAKUK HERITAGE, INC. (a/k/a and/or d/b/a KANAKUK MISSOURI, INC., KANAKUK KAMPS, INC., KANAKUK KAMPS, K-KAMPS, INC., KANAKUK-KANAKOMO KAMP, KANAKUK-KANAKOMO KAMPS, KANAKUK-KANAKOMO KAMPS, INC.), JOE T. WHITE, and PETER "PETE" D. NEWMAN, <br><br> Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 3:11-cv-00524-G <br><br> HONORABLE U.S. DISTRICT JUDGE A. JOE FISH |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
THEIR SECOND AMENDED COMPLAINT**

After considering Plaintiffs' Motion for Leave to File Their Second Amended

Complaint, the Court is of the opinion that said Motion should, in all things, be

GRANTED.

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - Page 1 of 2

Doe - Order Granting Leave to File 2AC.wpd

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' may file their Second Amended Complaint, which was attached to their motion for leave.

Signed this _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE