UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, Individually ) and as Next Friends of JOHN DOE I, a ) Minor, ) ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) ) | 3:11-CV-0524-G |
| VS. ) ) | |
| KANAKUK MINISTRIES (a/k/a and/or ) d/b/a KANAKUK KAMP, KANAKUK ) KAMPS, KANAKUK, KANAKUK- ) KANAKOMO KAMPS, CHRISTIAN ) CHILDREN'S CHARITY, KANAKUK ) ALUMNI FOUNDATION), ET AL., ) ) | |
| Defendants. ) | |

## ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**May 29, 2013**.  If it is not, then the case will be subject to dismissal.

April 29, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**