IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as Next Friends of JOHN DOE I, a Minor, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:11-cv-00524-G |
| KANAKUK MINISTRIES (a/k/a and/or d/b/a, KANAKUK KAMP, KANAKUK KAMPS, KANAKUK, KANAKUK-KANAKOMO KAMPS, CHRISTIAN CHILDREN'S CHARITY, KANAKUK ALUMNI FOUNDATION), KANAKUK HERITAGE, INC. (a/k/a and/or d/b/a KANAKUK MISSOURI, INC., KANAKUK KAMPS, INC., KANAKUK KAMPS, K-KAMPS, INC., KANAKUK-KANAKOMO KAMP, KANAKUK-KANAKOMO KAMPS, KANAKUK-KANAKOMO KAMPS, INC.), JOE T. WHITE, and PETER "PETE" D. NEWMAN, | § § § § § § § § § § § § § § § § § § | HONORABLE U.S. DISTRICT JUDGE A. JOE FISH |
| Defendants. | § | |

**MOTION FOR APPOINTMENT OF
GUARDIAN/ATTORNEY *AD LITEM* AND BRIEF IN SUPPORT**

TO THIS HONORABLE COURT:

COMES NOW, Plaintiffs' counsel, Turley Law Firm, and moves pursuant to FED. RULE CIV. P. 17 for the appointment of a Guardian/Attorney *Ad Litem* to represent the interests of John Doe I in the above-referenced civil action.

John Doe I was a minor at the time of the occurrence of the acts complained of in this case. He is now nineteen years of age. This matter was recently settled in mediation and Rule 11 settlement agreements executed.

It now appears there is a potential conflict between the settlement interests of Plaintiff John Doe I, who just recently attained majority, and his parents, who had originally filed this action on his and their behalf. Counsel for Plaintiffs therefore requests this Court appoint a Guardian/Attorney *Ad Litem* to oversee the interest of John Doe I as to the division of the settlement funds among the Plaintiffs herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for an Order granting the appointment of a Guardian/Attorney *Ad Litem* to represent the interests of John Doe I, and for such other and further relief, general and special, legal and equitable, to which they are justly entitled.

Respectfully submitted,

TURLEY LAW FIRM

  /s/ Linda Turley
Linda Turley
State Bar No. 20303800

Steven S. Schulte
State Bar No.  24051306
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214-691-4025
Telecopier No. 214-361-5802
lindat@wturley.com, davette@wturley.com,
stevens@wturley.com, LegalFiling@wturley.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served upon all counsel by CM/ECF and PACER when filed on May 21, 2013.

  /s/ Linda Turley
Linda Turley

## CERTIFICATE OF CONFERENCE

I, Linda Turley, conferred with the office of defense counsel regarding this Motion and they can neither agree to nor oppose the motion at this time.

  /s/ Linda Turley
Linda Turley

Doe - Mtn Re Guardian - fj05201301.wpd