IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as Next Friends of JOHN DOE I, a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>KANAKUK MINISTRIES (a/k/a and/or d/b/a, KANAKUK KAMP, KANAKUK KAMPS, KANAKUK, KANAKUK-KANAKOMO KAMPS, CHRISTIAN CHILDREN'S CHARITY, KANAKUK ALUMNI FOUNDATION), KANAKUK HERITAGE, INC. (a/k/a and/or d/b/a KANAKUK MISSOURI, INC., KANAKUK KAMPS, INC., KANAKUK KAMPS, K-KAMPS, INC., KANAKUK-KANAKOMO KAMP, KANAKUK-KANAKOMO KAMPS, KANAKUK-KANAKOMO KAMPS, INC.), JOE T. WHITE, and PETER "PETE" D. NEWMAN,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:11-cv-00524-G<br><br>HONORABLE U.S. DISTRICT JUDGE A. JOE FISH |

## ORDER APPOINTING GUARDIAN/ATTORNEY *AD LITEM*

After considering the PLAINTIFFS' MOTION FOR APPOINTMENT OF

GUARDIAN/ATTORNEY *AD LITEM* AND BRIEF IN SUPPORT, the Court is of

the opinion that said Motion should, in all things, be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the following person is appointed as Attorney / Guardian *Ad Litem* for Plaintiff John Doe I:

Name: _____

Address: _____

Phone: _____

The guardian *ad litem* will be allowed reasonable fees for services, to be taxed as costs.

Signed this _____ day of May, 2013.


_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING GUARDIAN/ATTORNEY *AD LITEM* - Page 2 of 2

Doe - Order Apptg GAL, Atty.wpd