UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as Next Friends of JOHN DOE I, a Minor, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:11-CV-0524-G |
| KANAKUK MINISTRIES (a/k/a and/or d/b/a KANAKUK KAMP, KANAKUK KAMPS, KANAKUK, KANAKUK-KANAKOMO KAMPS, CHRISTIAN CHILDREN'S CHARITY, KANAKUK ALUMNI FOUNDATION), ET AL., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The motion of the Turley Law Firm for intervention (docket entry 132) is

**GRANTED.**  The Turley Law Firm shall electronically file its intervention no later

than **June 25, 2013.**

**SO ORDERED.**

June 24, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**